UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | § | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| PACIFIC DRILLING VIII LIMITED, *et al.*,[1] | § | Case No. 17-13203 (MEW) |
| | § | |
| | § | (Jointly Administered) |
| Debtors. | § | |
| | § | |

### ORDER AND FINAL DECREE CLOSING CHAPTER 11 CASES

Upon the motion (the "Motion")[2] of Patrick F. Lennon, the trustee (the "Liquidating Trustee") of the Liquidation Trust seeking entry of a final decree closing the Chapter 11 cases of Pacific Drilling VIII Limited, Case No. 17-13203 and Pacific Drilling Services, Inc., Case No. 17-13211 (the "Zonda Debtors"); and it appearing that the Court has jurisdiction over the relief requested in the Motion pursuant to 28 U.S.C. § 1334; and it appearing that this is a core proceeding pursuant to 28 U.S.C. § 157; and it appearing that venue of this proceeding is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409; and adequate notice of the Motion and opportunity for response having been given; and it appearing that no other notice need be given; and the Court having considered the Motion and any responses thereto; and upon the record herein; and after due deliberation and sufficient cause appearing therefor, it is hereby

ORDERED, DECREED, AND ADJUDGED THAT:

1. The Motion is granted as set forth herein.

---

[1] The Zonda Plan Debtors in these Chapter 11 cases and, if applicable, the last four digits of their U.S. taxpayer identification numbers are: Pacific Drilling VIII Limited and Pacific Drilling Services, Inc (5302).

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to such terms in the Motion.

2. The Zonda Debtor Cases, 17-13203 and 17-13211, shall be, and hereby are, closed pursuant to section 350(a) of the Bankruptcy Code and Bankruptcy Rule 3022, effective as of the date of entry of this Order and Final Decree.

3. Entry of this Order and Final Decree is without prejudice to the rights of the Liquidating Trustee or any other party in interest to seek to reopen the Cases for good cause shown pursuant to section 350(b) of the Bankruptcy Code.

4. The Closing Report attached to the Motion as Exhibit B is approved.

5. To the extent not already paid, the quarterly fees payable to the United States Trustee for the Southern District of New York pursuant to 28 U.S.C. § 1930(a)(6) together with interest, if any, pursuant to 31 U.S.C. § 3717, for the third calendar quarter of 2023 shall be paid within 10 days of the date of entry of this Order and Final Decree, and the Liquidating Trustee shall file and deliver to the U.S. Trustee an affidavit of disbursements for the relevant final period

6. The Liquidating Trustee's abandonment of any remaining assets of the Trust, after payment of remaining expenses and any fees payable to the United States Trustee, is approved.

7. Upon entry of this Order and Final Decree, and subject to Paragraph 5 hereof, the Liquidating Trustee shall have fully discharged all of its duties with respect to the Liquidating Trust Agreement, the Plan, the Trust and the Debtors' estates, and shall be deemed discharged from his duties and obligations in the Debtors' Chapter 11 cases and under the Liquidating Trust Agreement, and the Liquidating Trustee and his professionals, consultants and employees shall be discharged and released from all liability related to the Liquidating Trust (with the exception of filing final taxes for the Liquidating Trust and final distribution), such that thereafter, no entity or governmental unit shall have any claim against the Liquidating Trustee, his professionals, consultants and employees, the Trust, or the Debtors' estates.

8. The Liquidating Trustee, on behalf of the Trust, is empowered and authorized to take all actions necessary or appropriate to effect the relief granted in this Order and Final Decree.

9. The Clerk of the Court shall enter this Order and Final Decree individually on the docket of the Cases and thereafter the docket shall be marked as "Closed."

10. Notwithstanding any stay that might be applicable to this Order and Final Decree, this Order and Final Decree shall be effective and enforceable immediately upon entry hereof.

11. This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation or interpretation of this Final Decree.

Dated: August 2, 2023
     New York, New York

                                        **s/Michael E. Wiles**
                                        THE HONORABLE MICHAEL E. WILES
                                        UNITED STATES BANKRUPTCY JUDGE